AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PRESKA, LORETTA A. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report<br><br>04/30/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE, SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address |
|---|
| U.S. COURTHOUSE<br>500 PEARL STREET, ROOM 2220<br>NEW YORK, NY 10007 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice-President | Fordham Law Alumni Association |
| 2. | Trustee | Trust # 11 |
| 3. | Advisory Board | Federalist Society, New York Chapter |
| 4. | Trustee Emerita | Fordham University |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Self Employed Lawyer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NYSBA | April 18-20 | Dublin | Speaker at International Section Meeting | Airfare, ground transportation |
| 2. | Standing International Forum of Commercial Courts | May 4-7 | London | Participation in Standing International Commercial Courts Forum | Airfare ground transportation, hotel, meals and incidentals |
| 3. | DRI | May 10-14 | New Orleans | Participation in DRI panel | Airfare, ground transportation, hotel, meals |
| 4. | UNICTRAL | October 12-19 | Hong Kong | Speaker at UNICTRAL Asia Pacific Judicial Summit | Airfare, ground transportation, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 04/30/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | CEELI Institute | October 24-29 | India | Education for foreign judges | Airfare, ground transportation, meals, visa application |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 04/30/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Law Firm Capital A/C and Int. in A/R | | | | | Redeemed | 04/17/17 | | | |
| 2. Citibank Accounts | D | Interest | P1 | T | | | | | |
| 3. M&T Bank Accounts | A | Interest | M | T | | | | | |
| 4. Trust # 10 (H) | | | | | | | | | |
| 5. -Fidelity Municipal MMF | A | Dividend | L | T | | | | | |
| 6. -MS Global Long Short Fund | | | | | Sold | 03/20/17 | O | | |
| 7. -SPDR Mid Cap 400 ETF | B | Dividend | M | T | | | | | |
| 8. -NY State Loc Govt Assistance Corp Subordinate Lien Ref-A Bonds | A | Interest | K | T | | | | | |
| 9. -Florida State Brd Ed Pub Ed Ref-B Bonds | A | Interest | K | T | | | | | |
| 10. -Palm Beach Fl Rep Ref Cap Impt Pro-A Bonds | A | Interest | K | T | | | | | |
| 11. -Harris County TX Met Tran Auth Sales & Use Tax Red Bonds | A | Interest | K | T | | | | | |
| 12. -WA State Var Purp-C Bonds | A | Interest | K | T | | | | | |
| 13. -McHenry County IL Cmnty Unit Ach Dist Ref-B Bonds | A | Interest | K | T | | | | | |
| 14. -Huntsville AL General Oblig Ref Cap Imp Warrants | A | Interest | J | T | | | | | |
| 15. -BIOC LLC | | None | K | W | | | | | |
| 16. -IA Fin Auth Rev Bonds | A | Interest | | | Sold | 08/01/17 | K | | |
| 17. -Cary NC Pub Impt Ref-B Bonds | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Boston MA Water and Sewer Commn Gen Rev Ref-A Bonds | A | Interest | K | T | | | | | |
| 19. -Marion and Polk Counties OR sch Dist No 24 J Salem Bonds | A | Interest | K | T | | | | | |
| 20. -DC Washington DC Income Tax Secd Rev Ref-A Bonds | A | Interest | K | T | | | | | |
| 21. -Downtown Association Bond | A | Interest | J | W | | | | | |
| 22. -Sustainable Waste Power Systems, Inc. Common Stock | | None | K | W | | | | | |
| 23. -Blackrock Strategic Municipal Opportunities Fund | E | Dividend | O | T | Buy (add'l) | 04/05/17 | L | | |
| 24. -CT Hsg Fin Auth Mtg Ref-A Bonds | A | Interest | J | T | | | | | |
| 25. -Deutsche Intermediate Tax Free Fund | E | Dividend | N | T | | | | | |
| 26. -Glendale AZ Un HS Dist Bonds | A | Dividend | J | T | | | | | |
| 27. -Corona CA Pub Fin Auth Leave Rev Bonds | A | Dividend | K | T | | | | | |
| 28. -Vanguard Intermediate Tax Exempt Fund | C | None | M | T | | | | | |
| 29. -Fidelity Money Market Premium Class | B | Dividend | L | T | Buy | 01/10/17 | N | | |
| 30. -IBoxx Investment Grade Corporate Bond ETF | B | Dividend | | | Buy | 04/05/17 | L | | |
| 31. | | | | | Sold | 12/29/17 | L | B | |
| 32. -Oklahoma Dev Fin Auth St Sys Higher Ed Bonds | A | Interest | J | T | Buy | 06/08/17 | J | | |
| 33. -CA Bay Area Toll Auth Bridge Rev. Bonds | A | Interest | K | T | Buy | 08/03/17 | K | | |
| 34. Trust # 11 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Fidelity Cash MMKT | A | Dividend | K | T | | | | | |
| 36.  -Fidelity 500 Index Fund | A | Dividend | K | T | | | | | |
| 37.  -Fidelity Money Market Premium Class | A | Dividend | M | T | Buy | 01/10/17 | J | | |
| 38.  IRA # 9 (H) | | | | | | | | | |
| 39.  -Fidelity Contrafund | C | Dividend | O | T | | | | | |
| 40.  -Blackrock Global Allocation Fund | D | Dividend | O | T | | | | | |
| 41.  -Vanguard Midcap Fund | A | Dividend | K | T | | | | | |
| 42.  -Brown Bros Core Select Fund | B | Dividend | N | T | | | | | |
| 43.  -SPDR S & P 500 ETF | | | | | Sold | 06/22/17 | O | G | |
| 44.  -Fidelity 500 Index Fund | D | Dividend | P1 | T | Buy (add'l) | 01/18/17 | K | | |
| 45. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 46.  -Fidelity Total Market Index | E | Dividend | P1 | T | Buy (add'l) | 01/17/17 | J | | |
| 47. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 48. | | | | | Buy (add'l) | 05/31/17 | J | | |
| 49. | | | | | Buy (add'l) | 10/11/17 | K | | |
| 50.  -Fidelity Gov't Cash Reserves | A | Dividend | M | T | | | | | |
| 51.  -Glenmeade Lg Cap Core Inst Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -iShares Core S&P Mid Cap ETF | B | Dividend | N | T | | | | | |
| 53. -iShares Core S&P 500 ETF | E | Dividend | P1 | T | Buy | 06/22/17 | O | | |
| 54. IRA # 10 (H) | | | | | | | | | |
| 55. -Fidelity Gov't Cash Reserves | A | Dividend | L | T | | | | | |
| 56. -Vanguard Midcap Index Fund | A | Dividend | K | T | | | | | |
| 57. -Fidelity Low Priced Stock Fund | B | Dividend | M | T | | | | | |
| 58. -Blackrock Global Allocation Fund | B | Dividend | M | T | | | | | |
| 59. -Brown Brothers Core Select Fund | A | Dividend | N | T | | | | | |
| 60. -SPDR S & P 500 ETF | C | Dividend | | | Sold | 06/22/17 | N | F | |
| 61. -Fidelity Contrafund | B | Dividend | K | T | | | | | |
| 62. -Fidelity Total Market Index | B | Dividend | N | T | Buy (add'l) | 01/17/17 | J | | |
| 63. | | | | | Buy (add'l) | 3/31/17 | J | | |
| 64. | | | | | Buy (add'l) | 05/31/17 | J | | |
| 65. | | | | | Buy (add'l) | 10/11/17 | K | | |
| 66. -Fidelity 500 Index Fund | D | Dividend | M | T | Buy (add'l) | 07/12/17 | J | | |
| 67. -iShares Core S&P 500 RTF | D | Dividend | N | T | Buy | 06/22/17 | N | | |
| 68. -IRA #11 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 04/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fidelity Contrafund | F | Dividend | O | T | | | | | |
| 70. -Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 71. -Brown Bros Core Select Fund | D | Dividend | M | T | | | | | |
| 72. -Glenmeade Lg Cap Core Inst Fund | A | Dividend | L | T | | | | | |
| 73. -Fidelity Total Market Index | D | Dividend | M | T | Buy (add'l) | 03/31/17 | J | | |
| 74. -Fidelity 500 Index Premium Class | C | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A. | 04/30/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1 from last year has been eliminated to reflect that the Law Firm Retirement Account was rolled into an IRA (IRA #11) at the end of 2017. The entires from lines 2-9 last year (except those items sold in 2016) now appear under IRA #11 in lines 69-74.

Line 74 reflects a position initially bought on 12/22/16 at a Value Code of K in the Law Firm Retirement Account, the positions of which as of 12/31/16 were reported on lines 2 to 9 of the Amended Report for 2016. In December 2017 the contents of that account were rolled into IRA # 11, the positions of which as of 12/31/17 were reported on lines 69 to 74 of the Report for 2017, including the position acquired on 12/22/16 which was reported on line 74 of the Report for 2017. This position was inadvertently omitted from the Report for 2016 but was reported on the Report for 2017 in Line 74.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LORETTA A. PRESKA**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544